FILED
MAY 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF CALIFORNIA    '08 MJ 8439

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| Gustavo ARAUJO-Rios ) | Title 8, U.S.C., Sec., 1326 |
| Defendant. ) | Attempted Entry After Being Ordered Deported/Removed |

The undersigned complainant, being duly sworn, states:

On May 15, 2008, within the Southern District of California, the defendant, Gustavo ARAUJO-Rios an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e., conscious desire, to enter the United States at the Calexico Port of Entry without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached probable cause statement which is incorporated herein by reference.

Gustavo Barreto, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS DATE 19TH DAY OF MAY, 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
            v.
2  Gustavo ARAUJO-Rios

3              PROBABLE CAUSE STATEMENT

4      The complainant, states that this complaint is based upon
5  the arrest reports of the apprehending officers and the
6  investigation report submitted by Customs Border Protection
   Enforcement Officer Gustavo Barreto.
7      On May 15, 2008, at approximately 8:30 P.M., the defendant
8  Gustavo ARAUJO-Rios arrived at the Calexico Port of Entry hidden
9  inside the cabin of a tractor trailer that applied for entry
10 through commercial primary lanes. Customs Border Protection
11 Officer (CBPO) C. Estrada was conducting an inspection of the
   tractor trailer when she discovered the defendant lying on the
12 sleeping area completely covered with blankets. CBPO Estrada then
13 removed the defendant from the sleeping area and escorted him to
14 the secondary office for further inspection.
15     Gustavo ARAUJO-Rios was transported to the Port Enforcement
   Team office for further investigation. At the Port Enforcement
16 Team Customs and Border Protection Enforcement Officer Barreto
17 conducted record checks revealing prior deportation from an
18 immigration judge. Records also revealed prior incarceration.
   Records confirmed that the defendant is an alien, a native and
19 citizen of Mexico with no legal documents to enter into or be in
20 the United States. Gustavo ARAUJO-Rios was advised of his Miranda
21 warnings in the English language to which he said he understood.
22 \\
23 \\
   \\
24 \\
25 \\
26 \\
   \\
27 \\
28

```
UNITED STATES OF AMERICA
        v.
Gustavo ARAUJO-Rios
```

Executed on May 16, 2008, at approximately 8:00 P.M.

_____
Gustavo Barreto, CBP
Enforcement Officer

On the basis of the facts presented in the probable cause statement consisting of two page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on May 15, 2008 in the violation of Title 8, United States Code, § 1326.

_____        5/16/08  938pm
HON. ANTHONY J. BATTAGLIA                Date and Time
United States Magistrate Judge