1 KAREN P. HEWITT
United States Attorney
2 John F. Weis
Assistant U. S. Attorney
3 California State Bar No. 82884
516B Industry Way, Suite C
4 Imperial, CA 92251
Telephone: (760) 370-0893 Ext. 13

Attorneys for Plaintiff
United States of America

**FILED**
MAY 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Case No.: **08MJ8439** |
| Plaintiff, | ) Statement of Related Case |
| v. | ) |
| Gustavo ARAUJO-Rios, | ) |
| Defendant. | ) |

The government avers that the above captioned case is related to United States v. Daniel HERNANDEZ-Loya, Magistrate Number 08MJ8440.

Dated: May 19, 2008.

KAREN P. HEWITT
United States Attorney

/s/ John F. Weis

JOHN F. WEIS
Assistant U. S. Attorney